IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSEPH GRAY,                                                      PETITIONER
Reg. #90958-071

v.                      CASE NO. 2:19-CV-00101 BSM

DEWAYNE HENDRIX                                                   RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. Nos. 9] is adopted. Gray's petition [Doc. No. 1] is dismissed without prejudice, and his motion to supplement the petition [Doc. No. 6] is denied as moot.

IT IS SO ORDERED this 18th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE