IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSEPH GRAY,**                                               **PETITIONER**
Reg. #90958-071

v.                     CASE NO. 2:19-CV-00101 BSM

**DEWAYNE HENDRIX**                                  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February 2020.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE